JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MILDA RODRIGUEZ VELASQUEZ[1] on their own behalf, and on behalf of their minor son, M.S.M.R., as his next friend,

            Petitioners,

    v.

ALEJANDRO MAYORKAS,[2]  in his purported capacity as the acting Secretary of Homeland Security; and MERRICK GARLAND,  in his official capacity as the Attorney General of the United States,

           Respondents.

No. CV 20-01274 JAK (GJSx)

**ORDER RE STIPULATION OF DISMISSAL (DKT. 57)**

---

   [1]   A typographic error appears in the caption of the petition (Dkt. 1), which has been corrected here. Petitioner's name is Milda Rodriguez Velasquez and not Milda Rodriguez Vasquez.

   [2]   Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Alejandro Mayorkas is substituted for Chad Wolf and Merrick Garland is substituted for William Barr.

Based on a review of the parties' Stipulation of Dismissal (the "Stipulation" (Dkt. 57)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED.** The above-captioned civil action is dismissed in its entirety with prejudice, with each party to bear his or her own costs, expenses and attorney's fees.

**IT IS SO ORDERED.**

Dated: August 24, 2021

John A. Kronstadt
United States District Judge

1